**Order filed December 11, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00737-CV
_____

**SYLAN CHANG, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-77301**

## O R D E R

Appellant's brief was due December 2, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 12, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM